UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| LAURA KONDRICK, | ) |
| Plaintiff, | ) CIVIL NO. 08-4252-JL |
| v. | ) |
| MICHAEL J. ASTRUE, Commissioner of Social Security, | ) [PROPOSED] ORDER OF REMAND |
| Defendant. | ) |

Pursuant to the parties' Stipulation for Remand, the above-captioned case is hereby remanded to the Commissioner of Social Security for further proceedings under sentence four of 42 U.S.C. § 405(g).

DATED: February 26, 2009

_____
JAMES LARSON
Magistrate Judge