UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

LAURA KONDRICK, )
        Plaintiff, ) CIVIL NO. 08-4252-JL
        v. )
MICHAEL J. ASTRUE, ) [~~PROPOSED~~] ORDER
Commissioner of Social Security, ) AWARDING EAJA FEES AND COSTS
        Defendant. )

For good cause shown, IT IS HEREBY ORDERED THAT Plaintiff Laura Kondrick be awarded attorney fees under the Equal Access to Justice Act in the amount of TWO THOUSAND SEVEN HUNDRED THIRTY SEVEN dollars and NO cents (**$2,737.00**) and THREE HUNDRED FIFTY dollars and NO cents **($350.00)** in costs for services performed before the Court in accordance with 28 U.S.C. §§ 1920 and 28 U.S.C. § 2412(d).

DATED: March 31, 2009

                                            JAMES LARSON
                                            Magistrate Judge